3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

James Nelson Holloway,

Defendant.
_______________________________/

Case: 2:26-cr-20709
Assigned To : Murphy, Stephen J., III
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/21/2026
Description: INDI USA v HOLLOWAY (JP)

Violation: 18 U.S.C. § 115(a)(1)(B)

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE
## 18 U.S.C. § 115(a)(1)(B) - Threat to Murder a U.S. Judge

On or about October 21, 2024, in the Eastern District of Michigan, Southern Division, the defendant, James Nelson Holloway, knowingly threatened to assault and murder Magistrate Judge A, a United States judge in the Eastern District of Michigan, with intent to retaliate against Magistrate Judge A on account of the performance of his or her official duties, in violation of Title 18, United States Code, Section 115.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Chief, National Security Unit
Assistant United States Attorney

*s/ Louis F. Meizlish*
LOUIS F. MEIZLISH
Assistant United States Attorney

Dated: October 21, 2026

Case: 2:26-cr-20709
Assigned To : Murphy, Stephen J., III
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/21/2026
Description: INDI USA v HOLLOWAY (JP)

| United States District Court<br>Eastern District of Michigan | **Criminal Case C** |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** L.F.M. |

**Case Title:** USA v. JAMES NELSON HOLLOWAY

**County where offense occurred :** Wayne and elsewhere

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__✓_Indictment/____Information --- based upon prior complaint [**Case number:** 24-cr-30456 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 21, 2026
Date

Louis F. Meizlish
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9745
Fax: 313-226-2311
E-Mail address: Louis.Meizlish@usdoj.gov
Attorney Bar #: P75168

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.